1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  TANYA M. SCHIERLING [SBN 206984]
   tschierling@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Petitioner
   HANSEN BEVERAGE COMPANY
7

**FILED**
APR 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0619 LAB RBB

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO.<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL[1]** |

---

[1] Filed concurrently with Petitioner Hansen Beverage Company's Petition to Confirm Arbitration Award.

P:00420194:07565.132

*EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL



1  Pursuant to Local Rule 79.2 and the Protective Order entered in the underlying
2  arbitration on September 20, 2007 (copy attached as Exhibit A), Petitioner Hansen Beverage
3  Company ("Petitioner") hereby applies *ex parte* to this Court for leave to file the Final Award
4  in arbitration dated April 4, 2008 (the "Arbitration Award") under seal in connection with
5  Petitioner's Petition to Confirm the Arbitration Award.

6  Petitioner seeks to file this document under seal because it comprises and contains
7  Confidential Information under the terms of the September 20, 2007 Protective Order
8  entered in the underlying arbitration. The Protective Order provides that "the arbitration
9  proceedings, and all matters disclosed therein, are confidential." Exhibit A, Protective
10 Order, 1:27-2:1.

11  A Proposed Order is submitted herewith.

12 DATED: April 4, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP

14                                         By: /s/ Tanya Schierling
                                           TANYA M. SCHIERLING
15                                         Attorneys for Petitioner
                                           HANSEN BEVERAGE COMPANY