1 NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
2 TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
3 SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 San Diego, California 92101
Telephone: (619) 231-0303
5 Facsimile: (619) 231-4755

6 Attorneys for Petitioner
HANSEN BEVERAGE COMPANY
7



FILED
APR 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0619 LAB

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, <br><br> Petitioner, <br><br> v. <br><br> DSD DISTRIBUTORS, INC., a Wisconsin corporation <br><br> Respondent. | CASE NO. <br><br> DECLARATION OF TANYA M. SCHIERLING IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL |

I, Tanya M. Schierling, declare:

1. I am a member of the Bar of the State of California and a partner at the law firm of Solomon Ward Seidenwurm & Smith, LLP, counsel for Petitioner Hansen Beverage Company ("Petitioner") in this matter. I make this declaration of my own personal knowledge.

2. On April 25, 2007, Petitioner filed a demand for arbitration with JAMS in Orange County, California in accordance with the arbitration provision in the parties' Distribution Agreement (the "Agreement"), § 19. A true and correct copy of the Agreement is attached as Exhibit 2 to this Petition.

3. On May 15, 2007, Respondent appeared in the JAMS arbitration proceedings (the "Arbitration") and has participated in the Arbitration since that date.

P:00420208:07565.132



DECLARATION OF TANYA M. SCHIERLING IN SUPPORT OF
PETITION TO CONFIRM ARBITRATION AWARD

4.  The parties selected, and on June 4, 2007 JAMS appointed, Hon. J. Richard Haden (Ret.) as Arbitrator. Attached as Exhibit 3 to this Petition is a true and correct copy of the June 4, 2007 "Appointment of Arbitrator."

5.  Judge Haden is located in JAMS's San Diego office, and case management for this matter was conducted exclusively out of the JAMS San Diego office.

6.  The parties modified the arbitration locale specified in the Agreement by agreeing to conduct the Arbitration, including filing pleadings and conducting motion hearings and the evidentiary proceedings, at the JAMS San Diego office.

7.  The Arbitration took place January 22-25, 2008 before Judge Haden in the JAMS San Diego office, with both parties attending and represented by counsel.

8.  On April 4, 2008, the Arbitrator issued his Final Award (the "Arbitration Award"). In conjunction with its *ex parte* application for an order filing document under seal, Petitioner will submit a copy of the Arbitration Award to the Court's chambers, attached as Exhibit 1 to this Petition.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct of my own personal knowledge and that I executed this Declaration on April 4, 2008.

*/s/ Tanya Schierling*

TANYA M. SCHIERLING