# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0619 LAB RBB

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO.<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL |

GOOD CAUSE appearing, it is hereby ORDERED that the Final Award in arbitration presented as Exhibit 2 to the Petition dated April 4, 2008, be filed under seal.

IT IS SO ORDERED.

Dated: 4-10-08

Larry A. Burns
UNITED STATES DISTRICT JUDGE
**LARRY ALAN BURNS**

P:00420204:07565.132

ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL