Westlaw.

Page 1

W.S.A. 135.025

C West's Wisconsin Statutes Annotated Currentness
 ᴺ᷉ Trade Regulations (Ch. 125 to 139)
  ᴺ᷉ Chapter 135. Dealership Practices (Refs & Annos)

→ **135.025. Purposes; rules of construction; variation by contract**

(1) This chapter shall be liberally construed and applied to promote its underlying remedial purposes and policies.

(2) The underlying purposes and policies of this chapter are:

(a) To promote the compelling interest of the public in fair business relations between dealers and grantors, and in the continuation of dealerships on a fair basis;

(b) To protect dealers against unfair treatment by grantors, who inherently have superior economic power and superior bargaining power in the negotiation of dealerships;

(c) To provide dealers with rights and remedies in addition to those existing by contract or common law;

(d) To govern all dealerships, including any renewals or amendments, to the full extent consistent with the constitutions of this state and the United States.

(3) The effect of this chapter may not be varied by contract or agreement. Any contract or agreement purporting to do so is void and unenforceable to that extent only.

<<For credits, see Historical Note field.>>

HISTORICAL AND STATUTORY NOTES

2001 Main Volume

 Source:
  L.1977, c. 171, § 1m, eff. Nov. 24, 1977.

LAW REVIEW AND JOURNAL COMMENTARIES

When is a Wisconsin business a "Wisconisn business"? *Baldewein v. Tri-Clover*: A new multifactor approach to the "situated in this state" requirement of the Wisconsin fair dealership law. Eric J. Meier. 2001 Wis.L.Rev. 1403.

Changing business strategy under the Wisconsin Fair Dealership Law. Harold A. Laufer, 64 Wis.Law. 16 (March 1991).

Constructive termination under the Wisconsin fair dealership law. David R. Cross & Daniel M. Janssen, 70 Wis.Law. 22 (June 1997).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

**Exhibit B**

Westlaw.

Page 1

W.S.A. 135.03

C West's Wisconsin Statutes Annotated Currentness
  Trade Regulations (Ch. 125 to 139)
    Chapter 135. Dealership Practices (Refs & Annos)
      → 135.03. Cancellation and alteration of dealerships

No grantor, directly or through any officer, agent or employee, may terminate, cancel, fail to renew or substantially change the competitive circumstances of a dealership agreement without good cause. The burden of proving good cause is on the grantor.

<<For credits, see Historical Note field.>>

HISTORICAL AND STATUTORY NOTES

2001 Main Volume

  Source:

    L.1973, c. 179, § 1, eff. April 5, 1974.
    L.1977, c. 171, § 1, eff. Nov. 24, 1977.
    1999 Act 185, § 193(1), eff. Sept. 1, 2000.

1999 Act 185, § 193 provides:

"(1) Wherever 'employe', 'employes', 'employe's' or 'employes' ' appear in the statutes, 'employee', 'employees', 'employee's' or 'employees' ' are substituted.

"(2) Notwithstanding subsection (1), any person may use either spelling of these terms for any official purpose."

Former Sections:

St.1967, § 135.03 was renumbered § 442.03 by L.1969, c. 336, § 34, eff. Jan. 29, 1970.

LAW REVIEW AND JOURNAL COMMENTARIES

When is a Wisconsin business a "Wisconisn business"? *Baldewein v. Tri-Clover*: A new multifactor approach to the "situated in this state" requirement of the Wisconsin fair dealership law. Eric J. Meier. 2001 Wis.L.Rev. 1403.

Constructive termination under the Wisconsin fair dealership law. David R. Cross & Daniel M. Janssen, 70 Wis.Law. 22 (June 1997).

Wisconsin Fair Dealership Law's Territorial Imperative. Kevin L. Keeler. 72 Wis.Law. 14 (August 1999).

LIBRARY REFERENCES

W.S.A. 135.04

C West's Wisconsin Statutes Annotated Currentness
 Trade Regulations (Ch. 125 to 139)
  Chapter 135. Dealership Practices (Refs & Annos)
   → 135.04. Notice of termination or change in dealership

Except as provided in this section, a grantor shall provide a dealer at least 90 days' prior written notice of termination, cancellation, nonrenewal or substantial change in competitive circumstances. The notice shall state all the reasons for termination, cancellation, nonrenewal or substantial change in competitive circumstances and shall provide that the dealer has 60 days in which to rectify any claimed deficiency. If the deficiency is rectified within 60 days the notice shall be void. The notice provisions of this section shall not apply if the reason for termination, cancellation or nonrenewal is insolvency, the occurrence of an assignment for the benefit of creditors or bankruptcy. If the reason for termination, cancellation, nonrenewal or substantial change in competitive circumstances is nonpayment of sums due under the dealership, the dealer shall be entitled to written notice of such default, and shall have 10 days in which to remedy such default from the date of delivery or posting of such notice.

<<For credits, see Historical Note field.>>

HISTORICAL AND STATUTORY NOTES

2001 Main Volume

  Source:
    L.1973, c. 179, § 1, eff. April 5, 1974.

**Former Sections:**

St.1967, § 135.04 was renumbered § 442.04 and amended by L.1969, c. 336, § 35, eff. Jan. 29, 1970.

LAW REVIEW AND JOURNAL COMMENTARIES

When is a Wisconsin business a "Wisconisn business"? *Baldewein v. Tri-Clover*: A new multifactor approach to the "situated in this state" requirement of the Wisconsin fair dealership law. Eric J. Meier. 2001 Wis.L.Rev. 1403.

Constructive termination under the Wisconsin fair dealership law. David R. Cross & Daniel M. Janssen, 70 Wis.Law. 22 (June 1997).

Wisconsin Fair Dealership Law's Territorial Imperative. Kevin L. Keeler. 72 Wis.Law. 14 (August 1999).

LIBRARY REFERENCES

2001 Main Volume

    Trade Regulation ☞871(3).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Exhibit B