STATE OF WISCONSIN : CIRCUIT COURT : ROCK COUNTY

DSD DISTRIBUTORS, INC.,

    Plaintiff,

v.

HANSEN BEVERAGE COMPANY, WISCONSIN DISTRIBUTORS SOUTH, LLC, and RIVER CITY DISTRIBUTING CO., INC.,

    Defendant.

Case No. 07-CV-1120

Code No(s).

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR STAY THIS ACTION PENDING ARBITRATION OR LITIGATION IN ANOTHER FORUM AND ADDITIONALLY TO VACATE TEMPORARY RESTRAINING ORDER**

TO: Julie A. Lewis, Esq.
    Nowlan & Mouat, LLP
    100 South Main Street
    P.O. Box 8100
    Janesville, WI 53547-8100
    Attorneys for Plaintiff

    Defendants, by their undersigned counsel, pursuant to WIS. STATS. §788.02 and § 801.63, hereby move this Court for an Order dismissing or staying this action pending arbitration or to permit adjudication in a prior action pending in a foreign forum and, additionally, to dissolve the *ex parte* Temporary Restraining Order granted to Plaintiff, DSD Distributors, Inc., on July 23, 2007. This Motion is scheduled to be heard at 10:00 A.M. on July 31, 2007, in Branch 5 of Rock County Circuit Court before the Honorable John W. Roethe, Circuit Court Judge. Hansen and DSD have a binding arbitration agreement regarding the merits of DSD's claims in this action and there is a pending arbitration between the parties in California. In addition, there is a prior federal court action pending between DSD and Hansen in the United States District Court for the Central District of California about the arbitrability of the parties' disputes, and in which Hansen is

seeking injunctive and declaratory relief. DSD filed this lawsuit in Wisconsin only after the California federal court denied its motion to dismiss on jurisdictional grounds. This Court should not permit DSD to circumvent its arbitration agreement and the federal lawsuit in California by allowing it to invoke a third forum to hear these disputes.

In addition, and regardless of whether this action is dismissed or stayed, this Court should dissolve the *ex parte* TRO granted to DSD, as it goes far beyond its rights under the parties' Distribution Agreement, or even under the Wisconsin Fair Dealership Law.[1] DSD has used an *ex parte* procedure to alter dramatically the status quo, not preserve it, and at a potentially serious cost to the Defendants and Hansen's other authorized distributors, as well as the public generally. DSD's requested TRO should be dissolved in its entirety.

This Motion is supported by the record currently before the Court, as well as the accompanying Brief and Affidavit of Rodney C. Sacks.

Dated this 27th day of July, 2007.

                                      Respectfully submitted,

                                      GODFREY & KAHN, S.C.
                                      William H. Levit, Jr.
                                      State Bar No. 1006172
                                      Michael D. Huitink
                                      State Bar No. 1034742
                                      780 North Water Street
                                      Milwaukee, WI 53202-3590
                                      Phone: 414-273-3500
                                      Fax: 414-273-5198
                                      whlevit@gklaw.com

---

[1] Hansen does not concede that DSD is entitled to WFDL protection.

2

Of Counsel:
Norman L. Smith
Tanya M. Schierling
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Fax: 619-231-4755

BRENNAN, STEIL & BASTING, S.C.
Michael R. Fitzpatrick
State Bar No. 1018492
One East Milwaukee Street
Janesville, WI 53547
Tel: (608) 756-4141
Fax: (608) 756-9000

By: *[signature: Michael Fitzpatrick]*
Michael R. Fitzpatrick
State Bar No. 1018492
Attorneys for Defendant Hansen Beverage Company

Attorneys for Defendant Hansen Beverage Company

DEWITT ROSS & STEVENS, S.C.
William E. McCardell
State Bar No. 1014770
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
Tel: (608) 255-8891

By: *William McCardell (MRF with permission)*
William E. McCardell
State Bar No. 1014770

Attorneys for Defendants
Wisconsin Distributors South, LLC and River City Distributing Co., Inc.

mw1353447_3
00230826.DOC