STATE OF WISCONSIN          CIRCUIT COURT          ROCK COUNTY | *For Official Use Only*

DSD Distributors Inc vs. Hansen Beverage Company et al          **Notice of Hearing**

Case No.: 2007CV001120

JULIE A LEWIS
NOWLAN & MOUAT
100 SOUTH MAIN STREET
PO BOX 8100
JANESVILLE WI  53547-8100

This case is scheduled for:    **Motion hearing**

| | |
|---|---|
| **Date:** | 05-16-2008 |
| **Time:** | 04:00 pm |
| **Court Official:** | Kenneth W Forbeck, Judge |
| **Location:** | Floor 4R - Courtroom H |
| | Rock County Courthouse |
| | 51 S Main Street- Branch 5 |
| | Janesville WI 53545 |
| **Re:** | Other-Injunction/Restrain Order |

This matter will not be adjourned by the court except upon formal motion for good cause shown or with the specific approval of the court upon stipulation by all parties.

Motion for Partial Vacation of Arbitration Award brought by Atty. Lewis

Rock County Circuit Court

Date: April 14, 2008

**If you need help in this matter because of a disability, please call 608-743-2200**

Distribution:
Court Original
Julie A Lewis
William H Levit
Michael R Fitzpatrick
William E Mccardell

GF-101(CCAP) 10/2003 Notice of Hearing

Exhibit E