Case 3:08-cv-00619-LAB-RBB   Document 5-8   Filed 04/16/2008   Page 1 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 74   Filed 04/01/2008   Page 1 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 71-5   Filed 03/26/2008   Page 1 of 3

1  **NOWLAN & MOUAT LLP**
   100 SOUTH MAIN STREET
   P.O. BOX 8100
2  JANESVILLE, WI 53547-8100
   TELEPHONE:    608.755.8100
3  FACSIMILE:    608.755.8110

   JULIE A. LEWIS, WI BAR NO. 1048367
4  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
5  LOS ANGELES, CA  90071-2411
   TELEPHONE:    213.972.4500
   FACSIMILE:    213.486.0065
6
   LEILA NOURANI CA BAR NO. 163336
   LNOURANI@FOLEY.COM
7  MICHAEL B. MCCOLLUM CA BAR NO. 235447
   MMCCOLLUM@FOLEY.COM
8  ATTORNEYS FOR DEFENDANT
   DSD DISTRIBUTORS, INC.

NOTE CHANGES MADE BY THE COURT.

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Defendant. | Case No: CV 07-2712 FMC (JWJx)<br><br>~~[PROPOSED] ORDER RE DSD'S FURTHER STATUS REPORT REGARDING PARALLEL ARBITRATION AND REQUEST FOR~~ ORDER OF DISMISSAL<br><br>Honorable Florence Marie Cooper |

COURTESY COPY

LACA_1510786.1

Case 3:08-cv-00619-LAB-RBB   Document 5-8    Filed 04/16/2008   Page 2 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 74     Filed 04/01/2008   Page 2 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 71-5   Filed 03/26/2008   Page 2 of 3

## [PROPOSED] ORDER

The Court, having reviewed the application and request by DSD Distributor's Inc. in the action of Hansen Beverage Company v. DSD Distributors, Inc., *Case No. CV 07-2712 FMC (JWJx)*, to dismiss the action with prejudice, and good cause appearing because the sole issue in this action is now moot, hereby GRANTS the application and ORDERS that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: April 1, 2008

THE HONORABLE FLORENCE-MARIE COOPER
JUDGE, UNITED STATES DISTRICT COURT

LACA_1510786.1

Case 3:08-cv-00619-LAB-RBB   Document 5-8   Filed 04/16/2008   Page 3 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 74   Filed 04/01/2008   Page 3 of 3
Case 2:07-cv-02712-FMC-JWJ   Document 71-5   Filed 03/26/2008   Page 3 of 3

## PROOF OF SERVICE

On March 26, 2008, I caused the document:

**[PROPOSED] ORDER RE DSD'S FURTHER STATUS REPORT REGARDING PARALLEL ARBITRATION AND REQUEST FOR DISMISSAL; PROPOSED ORDER**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following party:

Norman L. Smith
Tanya M. Schierling
Christina M. Milligan
**Solomon Ward Seidenwurm & Smith, LLP**
401 B. Street, Suite 1200
San Diego, California 92101
*Telephone: 619 231-0303*
*Facsimile: 619 231-4755*

March 26, 2008          /s/ *Sandra Franck*
                             Sandra Franck

2
[PROPOSED] ORDER RE DSD'S FURTHER STATUS
REPORT AND REQUEST FOR DISMISSAL
CASE NO. CV 07-2712 FMC (JWJX