1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  TANYA M. SCHIERLING [SBN 206984]
   tschierling@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Petitioner
   HANSEN BEVERAGE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 HANSEN BEVERAGE COMPANY, a            CASE NO. 08-CV-0619 LAB (RBB)
   Delaware corporation,
12                                        **PROOF OF PERSONAL SERVICE ON DSD
                                          DISTRIBUTORS**
13              Petitioner,

14      v.

15 DSD DISTRIBUTORS, INC., a Wisconsin
   corporation
16
                Respondent.
17

18

19

20

21

22

23

24

25

26

27

28

P:00422595:07565.132                                      08-CV-0619 LAB (RBB)
                              PROOF OF SERVICE

TANYA M. SCHIERLING, ESQ.(SBN 206984)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303
Attorney for : PETITIONER

Ref. No.      : 0408454-01
Atty. File No. : 07565.132

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT CALIFORNIA

PETITIONER   : HANSEN BEVERAGE COMPANY
RESPONDENT   : DSD DISTRIBUTOR INC.

Case No.: 08-CV-00619-LAB(RBB)

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PETITION; SEE ATTACHED LIST FOR DOCUMENTS

3. a. Party served    : DSD DISTRIBUTORS, INC., a Wisconsin corporation
                        AUTHORIZED AGENT FOR SERVICE: STEVE BYSTED
   b. Person served  : DEB AGATE, ADMINISTRATIVE MANAGER
                        (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  616 GATEWAY LANE
                                        MILTON, WI 53563    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 11, 2008  (2) at: 12:21 PM

6. Witness fees were not demanded and were not paid.

7. **Person who served papers**
   a. JOSEPH DESCAFANO
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $207.00
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 16, 2008

Signature: SEE ATTACHED NOTARIZED AFFIDAVIT
            JOSEPH DESCAFANO

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF: CALIFORNIA
COUNTY OF: San Diego
CASE NUMBER: 08-CV-00619

PLANTIFF: Solomon, Ward, Seidenwurn & Smith

VS.

DEFENDANT: Hansen Beverage Company, DSD Distributor Inc.

TYPE OF SERVICE:

PARTY TO BE SERVED: DSD Distributions Inc.

ADDRESS WHERE SERVED: 616 Gateway Dr
(OR ATTEMPTED): Milton WI 53563

MANNER OF SERVICE CHECKED BELOW:

| SERVICE ATTEMPTS | DATE 1: 4/11/2008 | TIME 1: 12:21 PM | DATE 2: | TIME 2: |
|---|---|---|---|---|
| | DATE 3: | TIME 3: | DATE 4: | TIME 4: |

SERVED SUCCESSFULLY: [X]   DATE: 4/11/2008   TIME: 12:21 PM   ATTEMPTS: 1

PERSONAL: ☐
I served the same by delivering a copy thereof to the same personally

SUBSTITUTE: ☐
I served the same on the above person by subserving:
who is over the age of 14 years and is a resident of the above person's usual place of abode.

CORPORATE OR GOVERNMENT: [X]
I served the same on the above company, corporation, etc., by delivering a copy
to: **Deb Agate**
whose position is: **Administrative Manager**
and is over the age of 18 years.

DESCRIPTION OF PERSON ACCEPTING SERVICE

AGE: 46   SEX: F   RACE: W   HEIGHT: 5'5   WEIGHT: 145   HAIR: Blonde

NOT SERVED: ☐
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s) checked below:

UNKNOWN AT ADDRESS: ☐

MOVED, LEFT NO FORWARDING: ☐

OTHER:

WHEN ASKED IN REFERENCE TO MILITARY STATUS THE INDIVIDUAL STATED:
MILITARY STATUS   None: ☐   Active: ☐   Non-Active: ☐   Branch Of Service:

I hearby certify that I am not a party to the above action of suit and I am over 18 years of age and the above affidavit is true and correct. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

State of Wisconsin                                      Sworn to and Subscribed before me this 14 day of Apr. 2008
_____                        _____  Dona Bolton Rock Co.
Signature of Process Server                       NOTARY PUBLIC IN AND FOR THE STATE OF WISCONSIN
Service Fee:   $75.00                                  My Notary Commission Expires 9.4.2011

D.P.I. Descafano Private Investigations, WI Lic.# 16458-062
1941 Adel St. Janesville, WI 53546 * (608) 758-9471

DONA BOLTON
NOTARY PUBLIC
STATE OF WISCONSIN

1. PETITION TO CONFIRM ARBITRATION AWARD;

2. DECLARATION OF TANYA M. SCHIERLING IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL;

3. *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL;

4. [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL; and

5. [PROPOSED] ORDER CONFIRMING ARBITRATION AWARD