RICHARD E. MCCARTHY [SBN 106050]
rmccarthy@swsslaw.com
TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Petitioner
HANSEN BEVERAGE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO. 08-CV-0619 LAB (RBB)<br><br>***EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL**[1]<br><br>Date: June 9, 2008<br>Time: 11:15 a.m.<br><br>Hon. Larry A. Burns |

---

[1] Filed concurrently with Petitioner Hansen Beverage Company's Opposition to Motion to Dismiss or Stay Petition to Confirm Arbitration Award.

P:00427396:07565.132                                                       08-CV-0619 LAB (RBB)
*EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL

1       Pursuant to Local Rule 79.2 and the Protective Order entered in the underlying arbitration on September 20, 2007,[2] Petitioner Hansen Beverage Company ("Petitioner") hereby applies *ex parte* to this Court for leave to file under seal the report entitled "<u>Confidential</u> Calculation of Damages to DSD Distributors, Inc. Resulting From Loss of the Right to Distribute Products of Hansen Beverage Company" prepared by Ippolito Christon & Co. and dated December 28, 2007 (the "Expert Report"). Petitioner seeks to file the Expert Report in connection with its opposition to the motion to dismiss or stay filed by Respondent DSD Distributors, Inc. ("DSD"). DSD submitted the Expert Report as evidence during the arbitration proceedings underlying the Petition to Confirm in this action.

      Petitioner seeks to file this document under seal because it comprises and contains Confidential Information under the terms of the September 20, 2007 Protective Order entered in the underlying arbitration. The Protective Order provides that "the arbitration proceedings, and all matters disclosed therein, are confidential." Protective Order, 1:27-2:1.

      A Proposed Order is submitted herewith.

DATED: May 23, 2008                  SOLOMON WARD SEIDENWURM & SMITH, LLP

                                           By:  /s/ Tanya M. Schierling
                                                   RICHARD E. MCCARTHY
                                                   TANYA M. SCHIERLING
                                                   Attorneys for Petitioner
                                                   HANSEN BEVERAGE COMPANY

---

[2] Copy previously filed with the Court on April 4, 2008 in connection with another application to file under seal.

**CERTIFICATE OF SERVICE**

I caused the ***EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

| | |
|---|---|
| Leila Nourani, Esq.<br>Michael B. McCollum, Esq.<br>Foley & Lardner<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071<br>Telephone:  (213) 972-4500<br>Facsimile:  (213) 486-0065<br>lnourani@foley.com<br>mmccolum@foley.com<br>Attorneys for Defendant<br>DSD Distributors, Inc. | Julie A. Lewis<br>Nowlan & Mouat, LLP<br>100 South Main Street<br>P.O. Box 8100<br>Janesville, WI 53547-8100<br>Telephone:  (608) 755-8100<br>Facsimile:    (608) 755-8110<br>jlewis@nowlan.com<br>Attorneys for DSD Distributors, Inc. |

*/s/ Tanya M. Schierling*
TANYA M. SCHIERLING