1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  TANYA M. SCHIERLING [SBN 206984]
   tschierling@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Petitioner
   HANSEN BEVERAGE COMPANY
7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | HANSEN BEVERAGE COMPANY, a Delaware corporation, | CASE NO. 08-CV-0619 LAB (RBB) |
|---|---|---|
| 12 | | **EXHIBIT 4 FILED UNDER SEAL IN SUPPORT OF HANSEN BEVERAGE COMPANY'S OPPOSITION TO THE MOTION TO DISMISS OR STAY** |
| 13 | Petitioner, | |
| 14 | v. | Date: June 9, 2008<br>Time: 11:15 a.m. |
| 15 | DSD DISTRIBUTORS, INC., a Wisconsin corporation | |
| 16 | | Hon. Larry A. Burns |
| 17 | Respondent. | |

18
19
20
21
22
23
24
25
26
27
28

P:00427445:07565.132

EXHIBIT 4 – FILED UNDER SEAL

1  Pursuant to Local Rule 79.2 and the Protective Order entered in the underlying
2  arbitration on September 20, 2007, Petitioner Hansen Beverage Company hereby files under
3  seal, the following exhibit in support of its Opposition to the Motion to Dismiss or Stay, filed
4  concurrently herewith:

5  <u>Exhibit 4</u> – Calculation of Damages to DSD Distributors, Inc. Resulting from Loss of
6  the Right to Distribute Products of Hansen Beverage Company.

8  DATED:  May 23, 2008           SOLOMON WARD SEIDENWURM & SMITH, LLP

10              By:  <u>/s/ TANYA M. SHIERLING</u>
                     TANYA M. SCHIERLING
11                   Attorneys for Petitioner
                     HANSEN BEVERAGE COMPANY

P:00427445:07565.132

2

EXHIBIT 4 FILED UNDER SEAL