**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO. 08cv0619-LAB(RBB)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL** |

GOOD CAUSE appearing, it is hereby ORDERED that the report entitled "Confidential Calculation of Damages to DSD Distributors, Inc. Resulting From Loss of the Right to Distribute Products of Hansen Beverage Company" prepared by Ippolito Christon & Co. and dated December 28, 2007, presented as Exhibit 4 in Opposition to the Motion To Dismiss Or Stay, be filed under seal. **IT IS SO ORDERED.**

DATED: May 28, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**

United States District Judge