1  **NOWLAN & MOUAT, LLP**
JULIE A. LEWIS (PRO HAC VICE PENDING)
JLEWIS@NOWLAN.COM
2  100 SOUTH MAIN STREET
P.O. BOX 8100
3  JANESVILLE, WI 53547-8100
Tel. (608) 755-8100
4  Fax  (608) 755-8110
Attorneys for Respondent DSD DISTRIBUTORS, INC.

5  **FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
6  TELEPHONE:   213.972.4500
FACSIMILE:    213.486.0065
7
LEILA NOURANI, CA BAR NO. 163336
LNOURANI@FOLEY.COM
8  MICHAEL B. MCCOLLUM, CA BAR NO. 235447
MMCCOLLUM@FOLEY.COM
9  Attorneys for Respondents DSD DISTRIBUTORS, INC.

10              **UNITED STATES DISTRICT COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12

| 13 | HANSEN BEVERAGE COMPANY, a Delaware corporation | Case No:  08 CV 0619 LAB RBB |
|---|---|---|
| 14 | | **DECLARATION OF JULIE A LEWIS IN SUPPORT OF DSD DISTRIBUTORS, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD** |
| 15 | Petitioner, | |
| 16 | vs. | |
| 17 | DSD DISTRIBUTORS, INC., a Wisconsin corporation | |
| 18 | Respondent. | Judge:        Hon. Larry A. Burns |
| 19 | | Hearing Date:   June 9, 2008 |
| 20 | | (Reserved) |
| 21 | | Time:        11:15 a.m. |

22

23

24

25

26

27

28

DECLARATION OF JULIE A. LEIWS
CASE NO. 08 CV 0619 LAB RBB

LACA_1803064.1

I, Julie A. Lewis, declare:

1. I am a member of the Bar of the State of Wisconsin and an attorney with the firm of Nowlan & Mouat, LLP, counsel for the Respondent DSD Distributors, Inc. ("DSD"). I make this declaration of my own personal knowledge.

2. Attached as Exhibit 1 is a true and complete copy of DSD's Petition for Leave to Appeal Non-Final Judgment or Order filed with the Wisconsin Court of Appeals, District IV, on May 30, 2008.

3. Attached as Exhibit 2 is a true and complete copy of the Rock County Circuit Court's Order from Hearing of July 31, 2007, in Case No. 2007-CV-1120.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct of my own personal knowledge and that I executed this Declaration on June 2, 2008.

_____
Julie A. Lewis