

EXHIBIT B

STATE OF WISCONSIN     CIRCUIT COURT     ROCK COUNTY

DSD DISTRIBUTORS, INC.,

    Plaintiff,

v.      Case No. 07-CV-1120

HANSEN BEVERAGE COMPANY, WISCONSIN DISTRIBUTORS SOUTH, LLC, and RIVER CITY DISTRIBUTING CO., INC.,

    Defendant.

## ORDER FROM HEARING OF JULY 31, 2007

This matter came before the Court on July 31, 2007 pursuant to Defendants' Motion to Dismiss or Stay this Action Pending Arbitration or Litigation in Another Forum and Additionally to Vacate the Temporary Restraining Order. Plaintiff appeared by its attorneys, Nowlan & Mouat, LLP by Attorney Julie Lewis. Defendant Hansen Beverage Company appeared by its attorneys, Godfrey & Kahn, S.C. by Attorney William H. Levit, Jr. and Brennan, Steil & Basting, S.C. by Attorney Michael R. Fitzpatrick. Defendants Wisconsin Distributors South, LLC and River City Distributing Co., Inc. appeared by their attorneys, DeWitt, Ross & Stevens, S.C. by Attorney William E. McCardell. The Honorable John W. Roethe presided.

After having considered the written submissions of the parties and the arguments of counsel at the hearing, and for the reasons stated on the record by the Court,

IT IS HEREBY ORDERED that:

1. Pursuant to Sec. 801.63, Wis. Stats, Defendants' Motion for a Stay of this action is granted. In addition, this matter is stayed pursuant to Sec. 788.02 to permit arbitration between Hansen Beverage and DSD. The stay shall continue until further order of the Court. Plaintiff and Defendant Hansen Beverage are further ordered to notify the Court of the status of the California

arbitration and the California federal court action every six months until the arbitration and/or the federal court action have been completed.

2. Effective as of the time of the July 31, 2007 hearing, it is ordered that the Temporary Restraining Order entered by the Court on July 23, 2007 is dissolved in its entirety without prejudice to the right of any party to seek injunctive or temporary relief before the arbitrator in the pending JAMS arbitration in Orange County, California. (JAMS Ref. No. 1200039281).

3. No costs are awarded to any party as a result of the Motions before the Court.

Dated this 6 day of August, 2007.

BY THE COURT:

_____
Honorable John W. Roethe
Circuit Judge