# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Hansen Beverage v. DSD Distributors        <u>Case No</u>: 08cv0619-LAB (RBB)

<u>HON.</u> Larry A. Burns            <u>CT. DEPUTY</u>                <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:       No appearance.

<u>Defendant(s)</u>:     No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in defendant's Motion To Dismiss Or Stay Petition To Confirm Arbitration Award appropriate for decision on the papers and without oral argument. Accordingly the hearing presently scheduled for June 9, 2008 is ***off-calendar***, and the matter is under submission.

DATED: June 4, 2008                                          INITIALS:  <u>RLW</u> Law Clerk