RICHARD E. MCCARTHY [SBN 106050]
rmccarthy@swsslaw.com
TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Petitioner
HANSEN BEVERAGE COMPANY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO. 08-CV-0619 LAB (RBB)<br><br>**DECLARATION OF TANYA M. SCHIERLING IN SUPPORT OF HANSEN BEVERAGE COMPANY'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A 3-PAGE SURREPLY IN OPPOSITION TO MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD**<br><br>Date:   June 9, 2008<br>Time:   11:15 a.m. (no oral argument; taken under submission pursuant to Minute Order dated June 4, 2008)<br><br>Hon. Larry A. Burns |

P:00429230:07565.132

DECLARATION OF TANYA M. SCHIERLING

I, Tanya M. Schierling, declare:

1. I am a member of the Bar of the State of California and a partner at the law firm of Solomon Ward Seidenwurm & Smith, LLP, counsel for Petitioner Hansen Beverage Company ("Petitioner") in this matter. I make this declaration of my own personal knowledge.

2. In accordance with Judge Burns' Chambers Rules, Rule #8, I met and conferred with opposing counsel, Julie Lewis, on June 4-5, 2008 to request her stipulation that Petitioner may file a surreply on her client's pending motion to dismiss or stay Petitioner's petition to confirm arbitration award. Ms. Lewis declined so to stipulate. Attached as Exhibit "1" are true and correct copies of our written meet and confer correspondence.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct of my own personal knowledge and that I executed this Declaration on June 5, 2008.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING

## CERTIFICATE OF SERVICE

I caused the **DECLARATION OF TANYA M. SCHIERLING IN SUPPORT OF HANSEN BEVERAGE COMPANY'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A 3-PAGE SURREPLY IN OPPOSITION TO MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

Leila Nourani, Esq.
Michael B. McCollum, Esq.
Foley & Lardner
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
lnourani@foley.com
mmccolum@foley.com
Attorneys for Defendant
DSD Distributors, Inc.

Julie A. Lewis
Nowlan & Mouat, LLP
100 South Main Street
P.O. Box 8100
Janesville, WI 53547-8100
Telephone: (608) 755-8100
Facsimile: (608) 755-8110
jlewis@nowlan.com
Attorneys for DSD Distributors, Inc.

/s/ *Tanya M. Schierling*
TANYA M. SCHIERLING

P:00429230:07565.132

2

DECLARATION OF TANYA M. SCHIERLING

# Tanya M. Schierling

**From:** Tanya M. Schierling
**Sent:** Wednesday, June 04, 2008 3:32 PM
**To:** lnourani@foley.com; 'Julie A Lewis'
**Subject:** Hansen's Surreply

Leila and Julie,

In accordance with Judge Burns' chambers rule #8 concerning ex parte applications and miscellaneous administrative requests, I am writing to meet and confer with you to seek your stipulation that Hansen may file a surreply on DSD's motion to dismiss for lack of jurisdiction. We will limit our surreply to three (3) pages. In the event you are not willing to stipulate, then Hansen will apply ex parte for leave to file a surreply.

Please let me know if you will so stipulate.

Thank you,
Tanya



Solomon Ward Seidenwurm & Smith LLP
Attorneys at Law

Tanya M. Schierling
Partner
(t) 619.238.4824
(f) 619.615.7924
tschierling@swsslaw.com

401 B Street Suite 1200 | San Diego CA 92101 | www.swsslaw.com

Please read the legal disclaimers that govern this email and any attachments.
Please consider the environment before printing this.

**EXHIBIT 1**

Page 1

6/5/2008

# Nowlan&Mouat LLP

JAMES R. CRIPE
BRUCE R. BRINEY
DENNIS L. HANSCH
FREDERICK L. WESNER
DAVID C. MOORE
CAROL J. HATCH
KAYLA K. HILLER

JOHN M. WOOD
SARA L. GEHRIG
STEVEN T. CAYA
TIMOTHY H. LINDAU
JULIE A. LEWIS
Of Counsel:
LARRY W. BARTON
SCOTT F. SHADEL

June 5, 2008

<u>via electronic and U.S. Mail</u>

Tanya L. Schierling
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101

Re:   <u>Hansen Beverage Company v. DSD Distributors, Inc.</u>
      08-CV-0619

Dear Ms. Schierling:

I am writing to respond to your e-mail message (copy enclosed) asking DSD to agree that Hansen may file a surreply to DSD's motion to dismiss or stay in the above-referenced matter. DSD cannot stipulate to Hansen's request. We do not believe Hansen can show good cause to support its request. More importantly, however, we do not believe the parties can stipulate to responsive pleadings after the Court has taken the matter up for submission.

We would appreciate it if you would include a copy of this letter with any application you file with the Court.

Sincerely,

NOWLAN & MOUAT LLP

Julie Lewis

Julie A. Lewis

Enclosure
cc:   Attorney Leila Nourani (via e-mail)

**EXHIBIT 1**

**Page 2**

**Julie A Lewis**

**From:** Tanya M. Schierling [TSchierling@swsslaw.com]
**Sent:** Wednesday, June 04, 2008 5:32 PM
**To:** lnourani@foley.com; Julie A Lewis
**Subject:** Hansen's Surreply

Leila and Julie,

In accordance with Judge Burns' chambers rule #8 concerning ex parte applications and miscellaneous administrative requests, I am writing to meet and confer with you to seek your stipulation that Hansen may file a surreply on DSD's motion to dismiss for lack of jurisdiction. We will limit our surreply to three (3) pages. In the event you are not willing to stipulate, then Hansen will apply ex parte for leave to file a surreply.

Please let me know if you will so stipulate.

Thank you,
Tanya



| Solomon Ward Seidenwurm & Smith LLP | Tanya M. Schierling<br>Partner<br>(t) 619.238.4824<br>(f) 619.615.7924<br>tschierling@swsslaw.com |

401 B Street Suite 1200 | San Diego CA 92101 | www.swsslaw.com

Please read the legal disclaimers that govern this email and any attachments.
Please consider the environment before printing this.

**Total Control Panel**

To: jlewis@nowlan.com                                    Remove
From: tschierling@swsslaw.com

*You received this message because the sender is or*

**EXHIBIT 1**

6/5/2008                                                                                    Page 3

## Tanya M. Schierling

| | |
|---|---|
| **From:** | Tanya M. Schierling |
| **Sent:** | Thursday, June 05, 2008 8:13 AM |
| **To:** | 'jlewis@nowlan.com' |
| **Subject:** | Re: Hansen Beverage Company v. DSD Distributors, Inc. 08CV0619 |

Julie,
To address the second concern in your letter--I spoke with Judge Burns' clerk and she informed me that the parties could submit a joint motion/stipulation to allow Hansen a surreply. This was after she informed me the Judge was taking the matter under submission. Please let me know if this information changes your mind.
Thanks,
Tanya

----- Original Message -----
From: Julie A Lewis <JLewis@nowlan.com>
To: Tanya M. Schierling
Cc: Nourani, Leila <LNourani@foley.com>; McCollum, Michael B. <MMcCollum@foley.com>
Sent: Thu Jun 05 07:56:40 2008
Subject: Hansen Beverage Company v. DSD Distributors, Inc. 08CV0619

Dear Ms. Schierling:

Please see the attached letter.

<<Ltr to TSchierling.06.05.08.pdf>>

Julie A. Lewis
Nowlan & Mouat LLP
100 S. Main Street
P.O. Box 8100
Janesville, WI 53547
608-755-8100
608-755-8110 (fax)

Please visit our website at: http://www.nowlan.com <http://www.nowlan.com>

To ensure compliance with IRS Circular 230, any U.S. federal tax advice provided in this communication is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer (i) for the purpose of avoiding tax penalties that may be imposed on the recipient or any other taxpayer; or (ii) promoting, marketing or recommending to another party or partnership or entity, an investment plan, arrangement or other transaction addressed herein.

Confidentiality Notice: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**EXHIBIT 1**

**Page 4**