NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
RICHARD E. MCCARTHY [SBN 106050]
rmccarthy@swsslaw.com
TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Petitioner
HANSEN BEVERAGE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO. 08-CV-0619 LAB (RBB)<br><br>**NOTICE OF APPEARANCE OF NORMAN L. SMITH**<br><br>Hon. Larry A. Burns |

NOTICE IS HEREBY GIVEN that Norman L. Smith, email address: nsmith@swsslaw.com, of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone: (619) 231-0303, facsimile: (619) 231-4755, is co-counsel in this matter for plaintiff, Hansen Beverage Company.

All future ECF filings in this matter should also be served on Norman L. Smith.

DATED: June 10, 2008          SOLOMON WARD SEIDENWURM & SMITH, LLP


By:  /s/ Tanya M. Schierling
     TANYA M. SCHIERLING
     Attorneys for Petitioner

**CERTIFICATE OF SERVICE**

I caused the **NOTICE OF APPEARANCE OF NORMAN L. SMITH** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

Leila Nourani, Esq.
Michael B. McCollum, Esq.
Foley & Lardner
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
lnourani@foley.com
mmccolum@foley.com
Attorneys for Defendant
DSD Distributors, Inc.

Julie A. Lewis
Nowlan & Mouat, LLP
100 South Main Street
P.O. Box 8100
Janesville, WI 53547-8100
Telephone: (608) 755-8100
Facsimile: (608) 755-8110
jlewis@nowlan.com
Attorneys for Defendant DSD Distributors, Inc.

Michael P. McCloskey, Esq.
Foley & Lardner
402 West Broadway, Suite 2100
San Diego, CA 92101-8510
Telephone: (619) 234-6655
Facsimile: (619) 234-3510
mmccloskey@foley.com
Attorneys for Defendant DSD Distributors, Inc.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING