```
1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  RICHARD E. MCCARTHY [SBN 106050]
   rmccarthy@swsslaw.com
3  TANYA M. SCHIERLING [SBN 206984]
   tschierling@swsslaw.com
4  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
5  San Diego, California 92101
   Telephone: (619) 231-0303
6  Facsimile: (619) 231-4755

7  Attorneys for Petitioner
   HANSEN BEVERAGE COMPANY
8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | CASE NO. 08-CV-0619 LAB (RBB)<br><br>**NOTICE OF APPEARANCE OF RICHARD E. MCCARTHY**<br><br>Hon. Larry A. Burns |

NOTICE IS HEREBY GIVEN that Richard E. McCarthy, email address: rmccarthy@swsslaw.com of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone: (619) 231-0303, facsimile: (619) 231-4755, is co-counsel in this matter for plaintiff, Hansen Beverage Company.

All future ECF filings in this matter should also be served on Richard E. McCarthy.

DATED: June 10, 2008            SOLOMON WARD SEIDENWURM & SMITH, LLP


By:   /s/ Tanya M. Schierling
      TANYA M. SCHIERLING
      Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I caused the **NOTICE OF APPEARANCE OF RICHARD E. MCCARTHY** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

| | |
|---|---|
| Leila Nourani, Esq.<br>Michael B. McCollum, Esq.<br>Foley & Lardner<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071<br>Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065<br>lnourani@foley.com<br>mmccolum@foley.com<br>Attorneys for Defendant<br>DSD Distributors, Inc. | Julie A. Lewis<br>Nowlan & Mouat, LLP<br>100 South Main Street<br>P.O. Box 8100<br>Janesville, WI 53547-8100<br>Telephone: (608) 755-8100<br>Facsimile: (608) 755-8110<br>jlewis@nowlan.com<br>Attorneys for Defendant DSD Distributors, Inc. |

Michael P. McCloskey, Esq.
Foley & Lardner
402 West Broadway, Suite 2100
San Diego, CA 92101-8510
Telephone: (619) 234-6655
Facsimile: (619) 234-3510
mmccloskey@foley.com
Attorneys for Defendant DSD Distributors, Inc.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING