**NOWLAN & MOUAT, LLP**
JULIE A. LEWIS
JLEWIS@NOWLAN.COM
100 SOUTH MAIN STREET
P.O. BOX 8100
JANESVILLE, WI 53547-8100
Tel. (608) 755-8100
Fax (608) 755-8110

Attorneys for Respondent DSD DISTRIBUTORS, INC.

**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:   213.486.0065

LEILA NOURANI, CA BAR NO. 163336
LNOURANI@FOLEY.COM
MICHAEL B. MCCOLLUM, CA BAR NO. 235447
MMCCOLLUM@FOLEY.COM

Attorneys for Respondents DSD DISTRIBUTORS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation<br><br>Petitioner,<br><br>vs.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | Case No: 08 CV 0619 LAB RBB<br><br>**DSD DISTRIBUTORS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD – SUPPLEMENTAL DECLARATION OF JULIE LEWIS**<br><br>Judge:   Hon. Larry A. Burns<br><br>Hearing Date:   none scheduled<br><br>Time: |

1

SUPPLEMENTAL DECLARATION OF JULIE LEWIS
CASE NO. 08 CV 0619 LAB RBB

LACA_1647058.1
LACA_1647058.1

I, Julie A. Lewis, declare:

1.  I am an attorney with the law firm of Nowlan & Mouat, LLP, counsel for DSD Distributors, Inc. ("DSD") and a member of the State Bar of Wisconsin. I make this declaration of my own personal knowledge.

2.  On June 25, 2008, we received the attached decision of the Wisconsin Court of Appeals, District 4 in the matter of *DSD Distributors, Inc. v. Hansen Beverage Company*, 2008-AP-1362 denying DSD's petition for leave to appeal the circuit court's decision on jurisdiction. Attached as Exhibit 1 is a true and correct copy of the Court of Appeals' decision.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct of my own personal knowledge and that I executed this Supplemental Declaration on June 27, 2008.

_____
Julie A. Lewis