

OFFICE OF THE CLERK
# WISCONSIN COURT OF APPEALS
110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688
Telephone (608) 266-1880
Facsimile (608) 267-0640
Web Site: www.wicourts.gov

### DISTRICT IV

June 24, 2008

To:

Hon. Kenneth W. Forbeck
Circuit Court Judge
51 S Main St
Janesville, WI 53545

Eldred Mielke
Clerk of Circuit Court
Rock Co. Courthouse
51 S. Main Street
Janesville, WI 53545

Michael B. Apfeld
Godfrey & Kahn, S.C.
P.O. Box 2728
Appleton, WI 54912-2728

Michael R. Fitzpatrick
Brennan, Steil & Basting, S.C.
P.O. Box 1148
Janesville, WI 53547-1148

William H. Levit Jr.
Godfrey & Kahn S.C.
780 North Water Street
Milwaukee, WI 53202-3590

Julie A. Lewis
Nowlan & Mouat, LLP
100 South Main Street, P.O. 8100
Janesville, WI 53547

William E. McCardell
Dewitt Ross & Stevens, S.C.
Suite 600
2 E. Mifflin Street
Madison, WI 53703-2865

You are hereby notified that the Court has entered the following opinion and order:

2008AP1362-LV    DSD Distributors, Inc. v. Hansen Beverage Company, et al.
(L.C. # 2007CV1120)

Before Higginbotham, P.J., Dykman and Vergeront, JJ.

DSD Distributors, Inc., petitions for leave to appeal a nonfinal order in pending litigation with Hansen Beverage Company. We conclude that the criteria for granting leave have not been satisfied.

IT IS ORDERED that the petition is denied.

*David R. Schanker*
*Clerk of Court of Appeals*

