**NOWLAN & MOUAT, LLP**
JULIE A. LEWIS (ADMITTED PRO HAC VICE)
JLEWIS@NOWLAN.COM
100 SOUTH MAIN STREET
P.O. BOX 8100
JANESVILLE, WI 53547-8100
Tel. (608) 755-8100
Fax (608) 755-8110

**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:   213.486.0065

LEILA NOURANI, CA BAR NO. 163336
LNOURANI@FOLEY.COM
MICHAEL B. MCCOLLUM, CA BAR NO. 235447
MMCCOLLUM@FOLEY.COM

402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6665
FACSIMILE:   619.687.6767

MICHAEL P. MCCLOSKEY, CA BAR NO. 106051
MMCCLOSKEY@FOLEY.COM

Attorneys for Respondents DSD DISTRIBUTORS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation<br><br>Petitioner,<br><br>vs.<br><br>DSD DISTRIBUTORS, INC., a Wisconsin corporation<br><br>Respondent. | Case No: 08 CV 0619 LAB RBB<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JULIE LEWIS IN SUPPORT OF DSD'S MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD**<br><br>Judge:   Hon. Larry A. Burns<br><br>Under Submission |

1
SECOND SUPPLEMENTAL DECLARATION OF JULIE LEWIS IN SUPPORT OF MOTION TO
DISMISS OR TRANSFER PETITION
CASE NO. 08 CV 0619 LAB RBB

LACA_1891401.1

# SECOND SUPPLEMENTAL DECLARATION OF JULIE LEWIS IN SUPPORT MOTION TO DISMISS OR STAY PETITION TO CONFIRM ARBITRATION AWARD

I, Julie Lewis, declare:

1. I am an attorney with the law firm of Nowlan & Mouat, LLP, in Janesville, Wisconsin, and am admitted *pro hac vice* before this court for purposes of this action. Along with Foley & Lardner, LLP, I represent the Respondent, DSD Distributors, Inc. ("DSD") in this matter. I make this second supplemental declaration in support of DSD's motion to dismiss or transfer Hansen's petition to confirm the arbitration award in order to apprise this Court of ongoing developments in a parallel action in the Wisconsin state court that bear on the motion, and that have occurred since the motion was filed and briefed and during the time the motion has been pending a decision. I have personal knowledge of the matters set forth below, and if called upon I could and would testify competently thereto.

2. On July 14, 2008, DSD filed a Motion for Reconsideration with the Wisconsin Court of Appeals regarding the Court's denial of DSD's Petition for Leave to File an Appeal on the issue of jurisdiction over the parties' motions relating to the arbitration award entered in this matter. A true and correct copy of the Motion for Reconsideration is attached hereto as Exhibit A.

3. As of July 24, 2008, the Motion remains under consideration by the Wisconsin Court of Appeals. No decision has been filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2008, at Janesville, Wisconsin.

Julie Lewis